ACCEPTED
02-15-00298-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 9:18:20 AM
DEBRA SPISAK
CLERK



**AHB** Adkerson, Hauder & Bezney, P.C.
ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE   SUITE 4450   DALLAS, TEXAS 75201-7323
214.740.2500(MAIN)   214.740.2501(FAX)

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 9:18:20 AM
DEBRA SPISAK
Clerk

**PERRY J. COCKERELL**
Board Certified-Civil Trial Law
DIRECT DIAL: 214.740.2521

Texas Board of Legal Specialization
E-MAIL: pcockerell@ahblaw.net

December 15, 2015

**Via Efile.TX.Courts.Gov**
Debra Spisak, Clerk of the Court
Court of Appeals Second District of Texas
Tim Curry Criminal Justice Center
401 West Belknap, Suite 9000
Fort Worth, Texas 76196-0211

>       **Re:**   Case No. 02-15-00298-CV
>       *Raymax Management, L.P. vs. American Tower Corporation, American Tower*
>       *Asset Sub, II, L.L.C., and Metro PCS Texas, L.L.C.*

Dear Ms. Spisak:

Our firm represents Raymax Management, L.P. in this matter. I am writing to request a CD of the Reporter's Record.

Please forward the CS to me at the above-referenced address via overnight Federal Express. Our firm's account number can be provided by contacting my assistant, Tiffany Ramirez as 214-740-2509.

Thank you for your attention to this matter.

>       Very truly yours,
>
>       */s/ Perry J. Cockerell*
>
>       Perry J. Cockerell

PJC/tr
K:\8100\02\Corres\Spisak- Reporter's Record.Doc